IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>SEZGIN BARAN KORKMAZ,<br><br>　　　　　　　Defendant. | SEALED ORDER<br><br><br><br>Case No. 2:21-CR-140 |

　　　　Defendant Sezgin Baran Korkmaz was charged in a two-count sealed indictment on April 1, 2021 alleging (1) Conspiracy to Commit Money Laundering Offenses; and (2) Obstruction of an Official Procedure. His case is presently assigned to Judge Tena Campbell.

　　　　Upon review of the sealed indictment, it became clear that the charges against Mr. Korkmaz and also parties named in Mr. Korkmaz's indictment are closely related to those in a pending case assigned to Judge Jill Parrish , U.S. v. Jacob O. Kingston, et al., Case No. 2:18 CR 365. Accordingly, in the interest of judicial economy, it is ORDERED that this case be transferred to Judge Jill Parrish.

IT IS SO ORDERED this 7th day of April, 2021.

BY THE COURT:

*Tena Campbell*

TENA CAMPBELL
United States District Judge

United States District Court
for the
District of Utah
April 7, 2021

******MAILING CERTIFICATE OF THE CLERK******

RE:  **SEALED**
2:21cr140 TC

Arthur J. Ewenczyk
via email

Richard M. Rolwing
via email

_____

Aimee Trujillo