FILED
2021 JUN 21 AM 11:13
CLERK
U.S. DISTRICT COURT

ANDREA T. MARTINEZ, Acting United States Attorney (#9313)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
ARTHUR J. EWENCZYK, Special Assistant United States Attorney (NY #5263785)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
CY H. CASTLE, Assistant United States Attorney (#4808)
Attorneys for the United States of America
111 South Main Street, #1800 | Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEZGIN BARAN KORKMAZ,<br><br>Defendant. | Case No. 2:21CR00140-JNP<br><br>MOTION TO UNSEAL CASE<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

The United States, through its attorneys, moves the Court for an order unsealing the case. The purpose for which the case was sealed of not alerting the defendant he had been indicted in the District of Utah and a warrant issued for his arrest has been accomplished with the arrest of the defendant in Austria.

Dated this 21st day of June, 2021.

                                              ANDREA T. MARTINEZ
                                            United States Attorney

                                            /s/ *Cy H. Castle*
                                            CY H. CASTLE
                                            Assistant U.S. Attorney