IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>SEZGIN BARAN KORKMAZ,<br><br>　　　　　　Defendant. | Case No. 2:21CR00140-JNP<br><br>ORDER APPROVING MOTION TO UNSEAL CASE<br><br>Judge Jill N. Parrish |

　　　　Based upon representations of the United States in its motion to unseal this case, and good cause appearing, the Court orders the unsealing of this case.

　　　　Dated this ____ day of June, 2021.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jill N. Parrish
　　　　　　　　　　　　　　　　　　United States District Court Judge