IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SEZGIN BARAN KORKMAZ,<br><br>Defendant. | Case No. 2:21CR00140-JNP<br><br>ORDER APPROVING MOTION TO UNSEAL CASE<br><br>Judge Jill N. Parrish |

Based upon representations of the United States in its motion to unseal this case, and good cause appearing, the Court orders the unsealing of this case.

Dated this 21st day of June, 2021.

BY THE COURT:

_____
Jill N. Parrish
United States District Court Judge