IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:21-CR-140-JNP |
| Plaintiff, | : | |
| v. | : | MOTION FOR WITHDRAWAL OF COUNSEL |
| SEZGIN BARAN KORKMAZ, | : | |
| Defendant. | : | District Judge Jill N. Parrish |
| | : | |
| | : | |

Motion is hereby made for the withdrawal of counsel, Arthur J. Ewenczyk, as counsel for the United States in the matter. Mr. Ewenczyk is leaving the Department of Justice.

Respectfully submitted this 2nd day of July, 2021.

        ANDREA T. MARTINEZ
        Acting United States Attorney

        */s/ Arthur J. Ewenczyk*
        ARTHUR J. EWENCZYK
        Special Assistant United States Attorney

Certificate of Service

I certify that on the 2nd day of July, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF electronic filing system, which will send notice of electronic filing to counsel of record in this case.

>*/s/ Arthur J. Ewenczyk*
>ARTHUR J. EWENCZYK
>Special Assistant United States Attorney