IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>Defendant. | Case No. 2:21-CR-140-JNP<br><br>**ORDER REGARDING SERVICE AND RESPONSE TO THE MOTION OF THE UNITED STATES FOR INTERLOCUTORY SALE**<br><br>Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Before the Court is the United States' motion for the interlocutory sale of property that has been named as subject to forfeiture in this criminal case and is identified and described as the luxury yacht named the "Queen Anne," refitted by Pina Marin in 2018, Hull Number Renewal No. DLZ76014G717, International Maritime Organization No. 9704958, Maritime Mobile Service Identity No. 518100712, and call sign E5U3623, and all property contained thereon and therein (hereinafter the "Subject Property"), presently in the lawful possession, custody, and control of the United States.

Pursuant to Rule G(7)(b) of the Federal Rules of Civil Procedure, as incorporated by Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure, the Court has the authority to order the interlocutory sale of property subject to forfeiture if the Court finds that the property is perishable or at risk of deterioration; the expense of keeping the property is excessive or is disproportionate to its fair market value; or the court "finds other good cause." Rule G(7)(b)(i). The Court also has authority to enter an interlocutory sale order under 21 U.S.C. § 853(e), which

authorizes the court to "take any . . . action to preserve the availability of property" subject to forfeiture.

The United States has indicated it will give notice of the proposed sale to the three (3) potentially interested parties identified in its motion, all of whom are represented by counsel, and all of whom are already aware of the seizure of the Subject Property and of the United States' intent to sell the Subject Property and retain the proceeds pending forfeiture as a substitute *res*.

Because of the extreme costs associated with maintaining and storing the Subject Property, the United States has moved the Court to require the named potential interested parties to file any opposition to this motion within seven (7) days of service upon counsel.

Accordingly, it is HEREBY ORDERED as follows:

The motion of the United States to require the potentially interested parties identified in its Motion for Interlocutory Sale to file any opposition to this motion within seven (7) days of service upon counsel is granted. The United States shall promptly serve counsel for the potentially interested parties, who are directed to file any opposition to the proposed interlocutory sale with seven (7) days of receipt.

Dated this ___ day of September, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Judge