IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>　　　　Defendant. | ORDER TO PROVIDE FURTHER INFORMATION IN SUPPORT OF ITS MOTION FOR AN INTERLOCUTORY SALE OF SEIZED PROPERTY<br><br>Case No. 2:21-cr-00140-JNP<br><br>District Judge Jill N. Parrish |

　　　　The grand jury returned an indictment against defendant Sezgin Baran Korkmaz and found probable cause to believe that a luxury yacht was derived from the crimes charged in the indictment. Korkmaz is currently being held in Austria and has not yet made an appearance in this case. The government has seized the yacht and now seeks permission from the court to sell the yacht pursuant to Rule 32.2(b)(7) of the Federal Rules of Criminal Procedure and to preserve the proceeds of the sale pending the resolution of the guilt and forfeiture issues in this case.

　　　　Prior to ruling on the government's motion, the court requests additional information from the government. The government represents that Korkmaz and two other potentially interested parties, Lev Dermen and Alea Marine Limited, have consented to the sale of the yacht. But neither Korkmaz nor any other potentially interested party has appeared in the case or filed a document with the court describing the precise scope of any authorization to sell the yacht. Accordingly, the court requests that the government file a stipulation to sell the yacht signed by counsel representing Korkmaz, Dermen, and Alea Marine.

The court also requests that the government set forth the reasons for its conclusion that the only parties with a potential interest in the yacht are Korkmaz, Dermen, and Alea Marine. The government shall produce any evidence supporting this contention.

DATED October 1, 2021.

BY THE COURT

_____
Jill N. Parrish
United States District Court Judge