IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>  v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>        Defendant. | ORDER [GRANTING/DENYING] PRO HAC VICE ADMISSION<br><br>CASE NO: 2:21CR00140 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Nafiz Cekirge.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED/DENIED.

DATED this _____ day of _____, 20_____.

BY THE COURT:

_____