**BRASS & CORDOVA**
**KIM CORDOVA (9100)**
560 South 300 East, Suite 100
Salt Lake City, Utah 84111
Telephone: (801) 322-5678
Attorney for Sezgin Baran Korkmaz

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| THE UNITED STATES OF AMERICA, Plaintiff, v. SEZGIN BARAN KORKMAZ, Defendant. | APPEARANCE OF COUNSEL AND MOTION FOR PRO HAC VICE ADMISSION Case No. 2:21CR00140 |
|---|---|

COMES NOW, the undersigned and moves for the pro hac vice admission of Matthew Crowl and counsel for Sezgin Baran Korkmaz. I have consented to serve as local counsel and I am in good standing with the Utah State Bar and admitted to practice before this Honorable Court. The application of Mr. Crowl and proposed order are attached as exhibits and the admission fee will be paid to the court at the time of filing. I certify that the Applicant:

1) is not a member of the Utah State Bar

2) does not maintain a law office in Utah

3) has not been admitted pro hac vice in any case in this district in the previous five years.

DATED this 13th day of July, 2022.

                              Respectfully submitted,

                              /s/ *Kim Cordova*
                              Local Counsel for Sezgin Baran Korkmaz