

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
## APPLICATION FOR PRO HAC VICE ADMISSION

### CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Kim Cordova |
| Firm: | Brass&Cordova |
| Address: | 560 S 300 E, suite 100 |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | (801) 322-5678 |
| Email: | kim@edbrasslaw.com |
| | |
| Pro Hac Vice Applicant: | Matthew Crowl |
| Firm: | Riley Safer Holmes & Cancila LLP |
| Address: | 136 Madison Avenue, 6th Floor |
| | New York, NY 10016 |
| | |
| Telephone: | (212) 660-8963 |
| Email: | mcrowl@rshc-law.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

### BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| Illinois | 6201018 | 11/9/89 |
| U.S. District Court for Northern Dt of Ill | 6201018 | 6/11/90 |
| U.S. Court of Appeals for the Seventh Circuit | | 4/5/93 |
| U.S.D.C. Western District of New York | | 1/12/201 |
| United States Court of Appeals for the Second Circuit | | 6/29/2012 |
| U.S.D.C. Southern District of Iowa | | 8/6/14 |
| U.S.D.C. Eastern District of Michigan | | 11/28/11 |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|---|
|  |

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |
| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |
| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

/s/ *Matthew Crowl*_____  
Signature

__7/13/2022_____  
Date

2