IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>　　　　　Defendant. | ORDER DENYING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:21CR00140 |

　　　　Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Nafiz Cekirge.  Based on the motion and for good cause appearing,

　　　　**IT IS HEREBY ORDERED** that the motion is **DENIED WITHOUT PREJUDICE**. Mr. Cekirge failed to certify that the information contained in the Pro Hac Vice application is true and correct. The court cannot grant local counsel's motion without such certification. Counsel may renew the motion upon proper completion of the application.

　　　　DATED this 13th day of July, 2022.

BY THE COURT:

*/s/ Jill N. Parrish*
_____
Jill N. Parrish
United States District Court Judge
