IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>  v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>            Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:21CR00140 |

Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Matthew Crowl.  Based on the motion and for good cause appearing,

**IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 13th day of July, 2022.

BY THE COURT:

Jill N. Parrish
United States District Court Judge