

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH
# APPLICATION FOR PRO HAC VICE ADMISSION

## CONTACT INFORMATION

| | |
|---|---|
| Local Counsel: | Kim Cordova |
| Firm: | Brass&Cordova |
| Address: | 560 S 300 E, suite 100 |
| | Salt Lake City, UT 84111 |
| | |
| Telephone: | (801) 322-5678 |
| Email: | kim@edbrasslaw.com |
| | |
| Pro Hac Vice Applicant: | Nafiz Cekirge |
| Firm: | Riley Safer Holmes & Cancila LLP |
| Address: | 136 Madison Avenue, 6th Floor |
| | New York, NY 10016 |
| | |
| Telephone: | (212) 660-1045 |
| Email: | ncekirge@rshc-law.com |

Pro hac vice applicants who intend to become a member of the Utah State Bar, please identify the type of admission are you seeking?

☐ Admission by Bar Examination
☐ Admission by UBE Transfer
☐ Motion/Reciprocal

## BAR MEMBERSHIP

| Jurisdiction | Bar Number | Date of Admission |
|---|---|---|
| New York | 3068442 | 7/24/2000 |
| California | 255710 | 5/20/2008 |
| New Jersey | 404412022 | 5/31/2022 |
| U.S. Court of Appeals for the Second Circuit | | 3/5/2007 |
| U.S. Court of Appeals for the Sixth Circuit | | 5/23/2017 |
| U.S. Court of Appeals for the Ninth Circuit | | 4/16/2007 |
| U.S. Supreme Court | | 12/10/2010 |
| U.S.D.C Central District California | | 6/9/2008 |
| U.S.D.C Eastern District of New York | | 4/10/2007 |

| Have you ever been the subject of disciplinary action by any bar to which you have been admitted? | ☐ Yes | ☒ No |

If yes, please explain:

|  |
|  |

**LIST ALL PRO HAC VICE ADMISSIONS TO THE DISTRICT OF UTAH**

| Case Name | Case Number | Date of Admission |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

| I certify that I am a member in good standing of all bars to which I have been admitted. | ☒ Yes | ☐ No |

| I certify that I have read and will comply with the Utah Rules of Professional Conduct and the Utah Standards of Professionalism and Civility. | ☒ Yes | ☐ No |

| I certify that the foregoing is true and correct and is subject to the penalty of perjury. | ☒ Yes | ☐ No |

/s/ *Nafiz Cekirge*  
Signature

_7/14/2022_  
Date

2