IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>               Plaintiff,<br><br> v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>               Defendant. | ORDER GRANTING PRO HAC VICE ADMISSION<br><br>CASE NO: 2:21CR00140 |

     Before the court is Local Counsel's Motion for Pro Hac Vice Admission of Nafiz Cekirge. Based on the motion and for good cause appearing,

     **IT IS HEREBY ORDERED** that the motion is GRANTED.

DATED this 15th day of July, 2022.

                                                BY THE COURT:

                                                Jill N. Parrish
                                                United States District Court Judge