

# United States District Court
### for the
### District of Utah

FILED
2022 JUL 19 PM 2:32
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**SEALED**

Case No: 2:21-cr-00140-001 JNP

## ARREST WARRANT



To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **SEZGIN BARAN KORKMAZ**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**MONEY LAUNDERING - FEDERAL STATUTES, OTHER (Conspiracy to Commit Money Laundering Offenses) and Notice of Intent to Seek Forfeiture**
**FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud)**
**TAMPERING WITH A WITNESS, VICTIM, OR AN INFORMANT (Obstruction of an Official Proceeding)**

in violation of  18 U.S.C. 1956(h), 18 U.S.C. 982(a)(l), 18 U.S.C. 1343 and 18 U.S.C. 1512(c)(2)   United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

*(signature)*
Signature of Issuing Officer

April 29, 2021 at Salt Lake City, Utah
Date and Location

By: Jennifer Jensen
Generalist Clerk

Bail fixed _____ by _____
                                    Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Vienna Austria

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4-29-21 | DSgt Michael George | *(signature)* |
| DATE OF ARREST 07/15/2022 | | |

AO 442

# United States District Court
for the
District of Utah

UNITED STATES OF AMERICA

V.

**Sezgin Baran Korkmaz**

**SEALED** Case No: **2:21-CR-00140 TC**

## ARREST WARRANT


ORIGINAL

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **SEZGIN BARAN KORKMAZ**,

who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment   [ ] Superseding Indictment   [ ] Information   [ ] Superseding Information
[ ] Complaint   [ ] Order of court   [ ] Violation Notice   [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**Conspiracy to Commit Money Laundering Offenses; Obstruction of an Official Proceeding**

in violation of   18:1956(h); 18:1512(c)(2)   United States Code.

D. Mark Jones
Name of Issuing Officer

Clerk of Court
Title of Issuing Officer

[signature]
Signature of Issuing Officer

April 1, 2021 at Salt Lake City, Utah
Date and Location

By: Aimee Trujillo
     Deputy Clerk

Bail fixed _____ by _____
                                       Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at   Vienna Austria

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4.1.21 | DUSM Michael George | [signature] |
| DATE OF ARREST 07/15/2022 | | |