TRINA A. HIGGINS, United States Attorney (#7349)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI #1018849)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email:  richard.m.rolwing@usdoj.gov
            john.e.sullivan@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 2:21-CR-00140-JNP |
| Plaintiff, | : | |
| v. | : | ORDER AUTHORIZING DISCLOSURE OF SECTION 6103 MATERIAL AND PROTECTIVE ORDER |
| SEZGIN BARAN KORKMAZ, | : | |
| Defendant. | : | District Judge Jill N. Parrish |
| | : | |

**ORDER DISCLOSING TAXPAYER INFORMATION PURSUANT TO 26 U.S.C. § 6103 and PROTECTIVE ORDER PERTAINING TO MATERIAL COVERED BY § 6103 AND ALL DISCOVERY**

Upon motion of the United States, this Court being advised as to the nature of this case, it is hereby:

ORDERED that pursuant to Rule 16(d)(1), Federal Rules of Criminal Procedure, counsel for defendant shall not provide defendant with copies of any discovery material produced by the government which contain:

1

(a) personal identifying information of any individual, including without limitation, any individual's date of birth, social security number, address, telephone number, email address, driver's license number, professional license number, or family members' names ("Personal Information") unless it belongs to the defendant or unless defense counsel first redacts the Personal Information from the discovery material.

(b) financial information of any individual or business, including without limitation, bank account numbers, credit or debit card numbers, account passwords, account names and contact information, account history, account balances, account statements, tax return information, or taxpayer identification numbers ("Financial Information") unless it belongs to the defendant, or unless defense counsel first redacts the Financial Information from the discovery material.

IT IS FURTHER ORDERED that the defendant is allowed to view the unredacted discovery in the possession of defense counsel, but neither defense counsel nor defendant shall provide any unredacted discovery material produced by the government to any person not a party to this case without the government's express written permission, except that defense counsel may provide discovery material to those persons who are necessary to assist counsel of record in preparation for trial or other proceedings.

IT IS FURTHER ORDERED that attorneys for the government are authorized to disclose to the defendant and defense counsel of record tax returns and tax return information under 26 U.S.C. § 6103, which the United States intends to disclose in order to fulfill its statutory and Constitutional discovery obligations in this case.

IT IS FURTHER ORDERED that disclosure of the 26 U.S.C. § 6103 material is ordered for purposes of defending this case, and that such disclosure only be made to the defendant,

counsel of record, and the defense team; that such 26 U.S.C. § 6103 materials be maintained in the defense attorneys' custody; that such materials shall not be reproduced or disseminated; and that upon request, such materials shall be returned to the United States at the end of this case.

IT IS FURTHER ORDERED that the defendant and defense counsel are prohibited from disclosing any information provided in discovery to any third parties, except to the extent necessary to prepare for a potential trial in this case; and defense counsel is precluded from leaving copies of any material provided in discovery with the defendant.

**DATED** this 24th day of August, 2022

_____
JARED C. BENNETT
U.S. Magistrate Judge

Presented by:

TRINA A HIGGINS
United States Attorney

*/s/ Richard M. Rolwing*
RICHARD M. ROLWING
Special Assistant United States Attorney
JOHN E. SULLIVAN
Senior Litigation Counsel