IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>vs.<br><br>Sezgin Baran Korkmaz,<br><br>    Defendant. | ORDER OF RECUSAL<br><br><br>Case No. 2:21-cr-000140 JNP-CMR |

I recuse myself in this case, and ask that the appropriate assignment equalization card be drawn by the clerk's office. Please have this case directly referred to Judge Jared C. Bennett.

DATED this  24th   day of August, 2022.

BY THE COURT:

_Cecilia M. Romero_
Cecilia M. Romero
United States Magistrate Judge