AO 442

 **SEALED**

# United States District Court
for the
District of Utah

FILED
2022 OCT 14 PM 12:01
CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

v.

**SEALED**

Case No: 2:21-cr-00140-001 JNP

## ARREST WARRANT 

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) **SEZGIN BARAN KORKMAZ**,
who is accused of an offense or violation based on the following document filed with the court:

[X] Indictment  [ ] Superseding Indictment  [ ] Information  [ ] Superseding Information
[ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition
[ ] Supervised Release Violation Petition

This offense is briefly described as follows:

**MONEY LAUNDERING - FEDERAL STATUTES, OTHER (Conspiracy to Commit Money Laundering Offenses) and Notice of Intent to Seek Forfeiture**
**FRAUD BY WIRE, RADIO, OR TELEVISION (Wire Fraud)**
**TAMPERING WITH A WITNESS, VICTIM, OR AN INFORMANT (Obstruction of an Official Proceeding)**

in violation of 18 U.S.C. 1956(h), 18 U.S.C. 982(a)(l), 18 U.S.C. 1343 and 18 U.S.C. 1512(c)(2) United States Code.

| D. Mark Jones | Clerk of Court |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| *(signature)* Jennifer Jensen | April 29, 2021 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By: Jennifer Jensen
Generalist Clerk

Bail fixed _____ by _____
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at **Vienna, Austria**

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 4/29/21 | Dusan | *(signature)* |
| DATE OF ARREST | Michael George | |
| 07/15/2022 | | |