# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> SEZGIN BARAN KORKMAZ, <br><br> Defendant. | **ORDER** <br><br> Case No. 2:21-cr-00140-JNP <br><br> Judge Jill N. Parrish |

The court makes the following findings:

1. On December 20, 2022, the court held a scheduling conference to select a trial date.

2. At this hearing, both counsel for the government and Mr. Korkmaz stipulated that Judge Bennett made an oral ruling excluding time under the Speedy Trial Act, 18 U.S.C. § 3161, through the date of the next status conference, January 17, 2023.

3. The court acknowledged that this case is complex.

4. The court set a three-week jury trial to begin on October 30, 2023.

5. Defense counsel does not object to selection of this date.

6. The selection of this date is not based on congestion of the court's calendar, lack of diligent preparation on the part of the attorney for the United States or the defense, or failure on the part of the attorney for the United States to obtain available witnesses.

Based on the foregoing findings, the court concludes that failing to continue the trial until October 30, 2023, would result in a miscarriage of justice and would deny defendant effective representation. Specifically, this case is complex and defense counsel needs additional time to

prepare a constitutionally sufficient defense. Therefore, the ends of justice served by such a continuance outweigh the best interests of the public and defendant in a speedy trial. 18 U.S.C. §§ 3161(h)(7)(A).

Accordingly, the time period from January 17, 2023, through October 30, 2023, is excluded in computing this time within which the trial must commence. The continuance is justified under 18 U.S.C. §§ 3161(h)(7)(A).

DATED this 9th day of January, 2023.

BY THE COURT:

*[signature]*

JILL N. PARRISH
U.S. DISTRICT JUDGE