TRINA A. HIGGINS, United States Attorney (7349)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH 0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel, Tax Division (WI 1018849)
ERIKA V. SUHR, Trial Attorney, Tax Division (FL 1020532)
DARRIN L. McCULLOUGH, Senior Policy Advisor, MLARS (GA 487011)
CY H. CASTLE, Assistant United States Attorney (4808)
TRAVIS K. ELDER, Assistant United States Attorney (11987)
Attorneys for the United States of America
111 South Main Street, Suite 1800, Salt Lake City, Utah 84111
Tel: (801) 524-5682 ◆ Fax (801) 325-3310 ◆ travis.elder@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:21-cr-00140 – JNP |
| Plaintiff, | NOTICE OF APPEARANCE OF COUNSEL |
| vs. | |
| SEZGIN BARAN KORKMAZ, | Judge Jill N. Parrish |
| Defendant. | |

Notice is hereby given of the entry of appearance of Travis K. Elder, Assistant United

States Attorney, as **co-counsel** for the United States of America in the above-entitled action for

the purposes of all forfeiture related matters.  Please serve all further notices and copies of

pleadings, papers and other materials relevant to this action upon:

> Richard M. Rolwing (Lead Counsel)
> Special Assistant United States Attorney
> Tax Division
> 303 Marconi Blvd, Ste 200
> Columbus, OH 43215

John E. Sullivan (Lead Counsel)
Senior Litigation Counsel
Tax Division
601 D St. NW
Washington, DC 20004

Erick V. Suhr (Lead Counsel)
Trial Attorney
USDOJ – Tax
150 M St. NE, Ste 2.603
Washington, DC 20002

Darrin McCullough (Lead Counsel)
Senior Policy Advisor, Money Laundering and Asset Recovery Section
USDOJ – Criminal Division Fraud Section
1400 New York Ave NW
Washington, DC 20530

Cy H. Castle (Co-Counsel)
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Travis K. Elder (Co-Counsel)
Assistant United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111

Respectfully submitted.

TRINA A. HIGGINS
United States Attorney


/s/ *Travis K. Elder*
TRAVIS K. ELDER
Assistant U.S. Attorney