TRINA A. HIGGINS, United States Attorney (#7349)
RICHARD M. ROLWING, Special Assistant United States Attorney (OH #0062368)
JOHN E. SULLIVAN, Senior Litigation Counsel (WI #1018849)
ERIKA V. SUHR, Trial Attorney, Tax Division (FL #1020532)
Attorneys for the United States of America
111 South Main Street, #1800
Salt Lake City, Utah 84111
Telephone:  (801) 524-5682
Email: richard.m.rolwing@usdoj.gov
            john.e.sullivan@usdoj.gov
            erika.v.suhr@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | : | |
| --- | --- | --- |
| Plaintiff, | : | Case No. 2:21-CR-00140-JNP |
| v. | : | NOTICE OF WITHDRAWAL OF COUNSEL |
| SEZGIN BARAN KORKMAZ, | : | District Judge Jill N. Parrish |
| Defendant. | : | |

John E. Sullivan, Senior Litigation Counsel, U.S. Department of Justice, Tax Division, hereby withdraws as counsel for the United States of America.  All other attorneys currently representing the United States in this matter shall continue such representation.

Respectfully submitted this 29th day of December 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ John E. Sullivan*
JOHN E. SULLIVAN
Senior Litigation Counsel

<u>Certificate of Service</u>

      I certify that on the 29th day of December 2023, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, thereby providing notice to all parties of record in this case.

                                                  */s/ John E. Sullivan*
                                                  John E. Sullivan
                                                  Senior Litigation Counsel