| | |
|---|---|
| MATTHEW C. CROWL (*Pro Hac Vice*) <br> Riley Safer Holmes & Cancila LLP <br> 70 W. Madison Street, Suite 2900 <br> Chicago, IL 60602 <br> Tel: 312.471.8700 <br> Fax: 312.471.8701 <br> Email: mcrowl@rshc-law.com <br> <br> *Attorneys for Sezgin Baran Korkmaz* | NAFIZ CEKIRGE (*Pro Hac Vice*) <br> Riley Safer Holmes & Cancila LLP <br> 136 Madison Avenue, 6th Floor <br> New York, NY 10016 <br> Tel: (212) 660-1045 <br> Fax: (212) 660-1001 <br> Email: ncekirge@rshc-law.com <br> <br> *Attorneys for Sezgin Baran Korkmaz* |

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>         Plaintiff, <br> v. <br> SEZGIN BARAN KORKMAZ, <br>         Defendant. | Case No.: 2:21-CR-00140-JNP <br> <br> Judge Jill N. Parrish |

### DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL

Sezgin Baran Korkmaz respectfully request that the Court continue the trial date currently set for April 29, 2024. In support of his motion, Mr. Korkmaz states as follows:

1. The Court set a three-week jury trial to begin on April 29, 2024.

2. In the interests of justice, Mr. Korkmaz respectfully requests a continuance of the April 29, 2024 trial date by six (6) months, to early November 2024.

3. This case is complex and defense counsel needs additional time to prepare a constitutionally sufficient defense. Failure to continue the trial would result in a miscarriage of justice and would deny defendant effective representation.

    4.        Mr. Korkmaz agrees to exclude the additional time under the Speedy Trial Act.

    5.        Mr. Korkmaz has consulted with counsel for the government, who has indicated that it does not oppose the motion.

    6.        Wherefore, for the foregoing reasons, Mr. Korkmaz respectfully requests that the Court continue the trial date for six (6) months, to early November 2024.

Respectfully submitted this 26th day of April, 2024.

                                                */s/ Matthew C. Crowl*
                                                MATTHEW C. CROWL (*Pro Hac Vice*)
                                                Riley Safer Holmes & Cancila LLP
                                                70 W. Madison Street, Suite 2900
                                                Chicago, IL 60602
                                                Tel: 312.471.8700
                                                Fax: 312.471.8701
                                                Email: mcrowl@rshc-law.com

                                                NAFIZ CEKIRGE (*Pro Hac Vice*)
                                                Riley Safer Holmes & Cancila LLP
                                                136 Madison Avenue, 6th Floor
                                                New York, NY 10016
                                                Tel: (212) 660-1045
                                                Fax: (212) 660-1001
                                                Email: ncekirge@rshc-law.com

                                                *Attorneys for Sezgin Baran Korkmaz*

**Certificate of Service**

  I certify that on the 26th day of April 2024, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, and I caused a copy to be emailed to all counsel of record.

              */s/ Matthew C. Crowl*_____
              MATTHEW C. CROWL (*Pro Hac Vice*)
              Attorney for Sezgin Baran Korkmaz