MATTHEW C. CROWL (*Pro Hac Vice*)  
Riley Safer Holmes & Cancila LLP  
70 W. Madison Street, Suite 2900  
Chicago, IL 60602  
Tel: 312.471.8700  
Fax: 312.471.8701  
Email: mcrowl@rshc-law.com  

NAFIZ CEKIRGE (*Pro Hac Vice*)  
Offit Kurman  
Court Plaza South  
21 Main Street, Suite 158  
Hackensack, NJ 07601  
Tel: (732) 218-1800  
Fax: (732) 218-1835  
Email: ncekirge@rshc-law.com  

*Attorneys for Sezgin Baran Korkmaz*      *Attorneys for Sezgin Baran Korkmaz*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>Defendant. | Case No.: 2:21-CR-00140-JNP<br><br>Judge Jill N. Parrish |

**DEFENDANT'S UNOPPOSED MOTION TO CONTINUE TRIAL**

Defendant Sezgin Baran Korkmaz respectfully requests that the Court continue the trial date currently set for November 4, 2024.  In support of his motion, Korkmaz states as follows:

1. The Court set a three-week jury trial to begin on November 4, 2024.

2. In the interests of justice, Korkmaz respectfully requests a continuance of the November 4, 2024, trial date by approximately four months, to mid-March 2025.

3. This case is complex and defense counsel needs additional time to prepare a constitutionally sufficient defense.  Failure to continue the trial would result in a miscarriage of justice and would deny defendant effective representation.

  4. Korkmaz agrees to exclude the additional time under the Speedy Trial Act.

  5. Korkmaz has consulted with counsel for the Government, who has indicated that it does not oppose the motion.

  6. Wherefore, for the foregoing reasons, Korkmaz respectfully requests that the Court continue the trial date for approximately four months to mid-March 2025.

Respectfully submitted this 26th day of September, 2024.

    /s/ Matthew C. Crowl
    MATTHEW C. CROWL (*Pro Hac Vice*)
    Riley Safer Holmes & Cancila LLP
    70 W. Madison Street, Suite 2900
    Chicago, IL 60602
    Tel: 312.471.8700
    Fax: 312.471.8701
    Email: mcrowl@rshc-law.com

    NAFIZ CEKIRGE (*Pro Hac Vice*)
    Offit Kurman
    Court Plaza South
    21 Main Street, Suite 158
    Hackensack, NJ 07601
    Tel: 732.218.1800
    Fax: 732.218.1835
    Email: nafiz.cekirge@offitkurman.com

    *Attorneys for Sezgin Baran Korkmaz*

**Certificate of Service**

I certify that on the 26th day of September 2024, I caused a copy of the foregoing to be filed through the CM/ECF electronic filing system, and I caused a copy to be emailed to all counsel of record.

*/s/ Matthew C. Crowl*
MATTHEW C. CROWL (*Pro Hac Vice*)
Attorney for Sezgin Baran Korkmaz

4895-4013-9753, v. 1