| | |
|---|---|
| IN THE UNITED STATES DISTRICT COURT<br><br>DISTRICT OF UTAH, CENTRAL DIVISION | |
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SEZGIN BARAN KORKMAZ,<br><br>Defendant. | **ORDER TO CONTINUE TRIAL**<br><br>Case No.: 2:21-CR-00140-JNP<br><br>Judge Jill N. Parrish |

Defendant Sezgin Baran Korkmaz's Motion to Continue Jury Trial for 120 days is before the court. The court makes the following findings:

1. The court set a three-week jury trial to begin on November 4, 2024.

2. Counsel for Mr. Korkmaz states that this case is complex and defense counsel needs additional time to prepare a constitutionally sufficient defense. Failure to continue the trial would result in a miscarriage of justice and would deny defendant effective representation.

3. Mr. Korkmaz requests an additional 120 days to prepare for trial.

4. Mr. Korkmaz agrees to exclude the additional time under the Speedy Trial Act.

5. Mr. Korkmaz has consulted with counsel for the government, who has indicated that it does not oppose the motion.

6. This continuance is not based on congestion of the court's calendar, lack of diligent preparation on the part of the attorney for the United States or the Defendant, or failure on the part of the attorney for the United States to obtain available witnesses.

Based on the foregoing findings, the court concludes that failure to grant such a continuance would result in a miscarriage of justice and would deny counsel for the Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.[1] Therefore, the ends of justice served by such a continuance outweigh the best interests of the public and the Defendant in a speedy trial.[2]

Therefore, the jury trial previously scheduled for November 4, 2024, is hereby continued to March 10, 2025. The time between November 4, 2024 and the new trial date is excluded from Defendant's speedy trial computations for good cause.

DATED this 2nd day of October, 2024.

_____
Jill N. Parrish
United States District Judge

---

[1] *Id.* § 3161(h)(7)(B)(i) and (iv).
[2] *Id.* § 3161(h)(7)(A).